# First District Court of Appeal
## State of Florida

_____

No. 1D17-3017
_____

ANTHONY G. COOPER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Waddell A. Wallace, Judge.

November 6, 2018

PER CURIAM.

AFFIRMED.

WOLF, WINOKUR, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Anthony G. Cooper, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.